STATE OF FLORIDA, ex rel., ADOLPH GOODMAN, and A. GOODMAN, Appellants, v. TED CABOT, as Clerk of the Circuit Court of Broward County, Florida, Appellee.

27 So. (2nd) 676            June Term, 1946
October 1, 1946            Division A

Affirmed.

REUBEN MELVIN, Appellant, v. STATE OF FLORIDA, Appellee

27 So. (2nd) 676            June Term, 1946
October 1, 1946            Division B

Affirmed.

MARIE GEVIRTZ, Appellant, v. JOSEPH GEVIRTZ, Appellee

27 So. (2nd) 676            June Term, 1946
October 4, 1946            Division B

Affirmed.

VICY HICKS, Appellant, v. STATE OF FLORIDA, Appellee

27 So. (2nd) 676            June Term, 1946
October 8, 1946            Division A

Affirmed.

LYKES BROTHERS, INC., Appellant, v. J. T. DURRANCE, Appellee

27 So. (2nd) 676            June Term, 1946
October 11, 1946            Division B

Affirmed.

LESTER L. CASTLEBERRY, Appellant, v. STATE OF FLORIDA, Appellee.

27 So. (2nd) 676            June Term, 1946
October 15, 1946            Division A

Affirmed.